FILED

09/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0078

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0078

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MICHEL SCOTT DULANEY

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Stephanie A. Morrow is granted an extension of time to and including October 20, 2023, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 5 2023